**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| WILLIAM JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | **ACTION** |
| | ) | |
| v. | ) | No. 07-1310- MLB |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by the magistrate judge Donald Bostwick, and after a de novo determination upon the record pursuant to Fed.R.Civ.P. Rule 72(b), the court accepts the recommended decision and adopts it as its own.

IT IS SO ORDERED.

Dated this 7th day of January, 2009 at Wichita, Kansas.

                                                    s/ Monti Belot
                                                    Monti L. Belot
                                                    UNITED STATES DISTRICT JUDGE